**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00939-CR
### No. 05-16-00940-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**GEORGE DAVID RINGER, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00284-P & F11-00285-P**

## ORDER

We **GRANT** court reporter Lisabeth Kellett's request for extension of time to file record

and **ORDER** the reporter's record filed no later than 30 days from the date of this order.

/s/    ADA BROWN
        JUSTICE